# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2018

## NO. 03-18-00104-CR

### Ex parte Eddie Thomas Chapa

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order denying habeas corpus relief entered by the trial court. The Court's opinion and judgment dated May 23, 2018 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.